UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
GUSTAVO GLUSMAN, *et al.*,            )
)   No. C07-2075RSL
                    Plaintiffs,       )
       v.                             )   ORDER TO SEAL DOCUMENTS AND
                                      )   FILE REDACTED COPIES OF
MICHAEL MUKASEY, *et al.*,            )   SEALED DOCUMENTS, AND
                                      )   ORDER IMPOSING SANCTIONS
                    Defendants.       )
_____)

This matter comes before the Court *sua sponte*. On January 31, 2008, plaintiffs filed a "Motion for Summary Judgment" (Dkt. #5) that includes dates of birth and the name of a minor child.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth.

* Names of Minor Children - redact to the initials.

* Social Security Numbers - redact to the last four digits.

* Financial Accounting Information - redact to the last four digits.

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at

ORDER TO SEAL DOCUMENTS AND FILE
REDACTED COPIES OF SEALED DOCUMENTS,
AND ORDER IMPOSING SANCTIONS

1  http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
2  comply with the Privacy Policy and the General Order.

3  Although plaintiffs' counsel filed a redacted version of the motion for summary judgment
4  on February 1, 2008, redacting the dates of birth and the name of the minor child, plaintiffs'
5  counsel failed to redact <u>all</u> references to the name of the minor child, including the child's name
6  in the caption.  <u>See</u> Dkt. #6.

7  In order to restrict access to the private and confidential information that has already
8  made its way into the record, the Clerk of Court is hereby directed to seal plaintiffs' motions for
9  summary judgment (Dkt. ## 5, 6) in the above-captioned matter.  Additionally, because
10 plaintiffs' counsel failed to redact the name of the minor child in the caption, the Clerk of Court
11 is also directed to seal Dkt. #1 (Complaint) and Dkt. #3 (Notice of Appearance), and redact the
12 name of the minor-child plaintiff to her initials, N.G., in the docket.

13 As a result of the improper filings, a substantial portion of the record is now sealed,
14 which is inconsistent with the public's right of access.  Plaintiffs are therefore ORDERED to
15 file, within ten days of the date of this order, copies of their Complaint and Motion for Summary
16 Judgment with appropriate redactions, including redacting the name of the minor child's name to
17 N.G. in the caption.  When plaintiffs refile their motion for summary judgment, plaintiffs shall
18 also renote their motion in accordance with Local Civil Rule 7(d)(3).

19 Defendants are ORDERED to refile their Notice of Appearance (Dkt. #3) with a redacted
20 caption.  If the parties have any questions about the Privacy Policy and the General Order or
21 need assistance in filing and properly labeling the redacted copies, they should contact the
22 CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

23 Finally, less than a month ago on January 10, 2008, plaintiffs' counsel was admonished
24 by this Court for filing personal information in violation of the Court's General Order regarding
25 Public Access to Electronic Case files.  <u>See</u> Dkt. #10 in <u>Zhong v. Mukasey</u> (Case No. C07-1468)

26 ORDER TO SEAL DOCUMENTS AND FILE
   REDACTED COPIES OF SEALED DOCUMENTS,
   AND ORDER IMPOSING SANCTIONS         -2-

(Order to Seal Documents and File Redacted Copies of Sealed Documents).  Plaintiffs' counsel and his law firm, Gibbs Houston Pauw, was also warned that if they filed documents in violation of the Court's General Order again, sanctions might be imposed.  Id. at 2 (stating "Given the public nature of the filings and the high degree of risk to plaintiff's and her family's personal information, counsel is admonished for the improper filings.  He and his law firm Gibbs Houston Pauw, who frequently represent immigration clients in this district, are warned that if they file documents with such personal information again, sanctions may be imposed.").  Under Local General Rule 3(d), attorneys who fail to comply with the Court's orders or the local rules are subject to sanctions as the Court deems appropriate.  In light of plaintiffs' counsel's repeated disregard for the Local Rules and the Court's January 10, 2008 Order in Zhong v. Mukasey, the Court hereby SANCTIONS plaintiffs' counsel in the amount of $100, payable to the Clerk of Court (Sanctions).

DATED this 4th day of February, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SEAL DOCUMENTS AND FILE
REDACTED COPIES OF SEALED DOCUMENTS,
AND ORDER IMPOSING SANCTIONS         -3-