The Hon. Robert S. Lasnik

07-CV-02075-INFO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUSTAVO GLUSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL B. MUKASEY, U.S. Attorney General, et al., <br><br> Defendants. | No. C07-2075-RSL <br><br> STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE <br><br> Note on motion calendar: <br> February 20, 2008 |

## STIPULATION

This case is a petition by Plaintiffs Gustavo Glusman, et al. to compel U.S. Citizenship and Immigration Services ("CIS") and/or the Federal Bureau of Investigation ("FBI") to take action on Plaintiffs' outstanding I-485 applications for adjustment of status to Lawful Permanent Residents. Plaintiffs are at liberty.

Defendants have issued approval notices for all plaintiffs, and aver that resident alien cards will be issued shortly. At such time as evidence of their status is issued, this action will be moot, and the parties will file a motion with this court to dismiss this matter.

STIPULATION AND [PROPOSED] ORDER
TO HOLD CASE IN ABEYANCE
C07-2075-RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The parties HEREBY STIPULATE AND AGREE that this case should be held in abeyance for 60 days in order to Defendants to issue appropriate evidence to status to Plaintiffs. Accordingly, the parties further STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court extend from February 19, 2008, to April 21, 2008, the due date for Defendants' response to Plaintiffs' Motion for Summary Judgment, and any other necessary pleadings, pending the possible filing of appropriate dismissal documents.

Respectfully submitted this 20th day of February, 2008.

Stipulated to and presented by:

JEFFREY C. SULLIVAN
United States Attorney

s/ Darwin P. Roberts
DARWIN P. ROBERTS, WSBA #32539
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4067
E-mail: darwin.roberts@usdoj.gov
Attorney for Defendants

s/ Robert H. Gibbs
ROBERT H. GIBBS, WSBA #5932
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1094
PH:    682-1080
FX:    689-2270
E-mail:    rgibbs@ghp-law.net

## ORDER

The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 25th day of February, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO HOLD CASE IN ABEYANCE
C07-2075-RSL - 2